158 So. 773

### W. A. MITCHELL v. A. E. HAWKINS, Judge.

Court of Appeals of Alabama.
Jan. 4, 1935.

John B. Isbell, of Fort Payne, and Oliver D. Street, of Guntersville, for petitioner.

Hugh Reed, of Center, and Chas. J. Scott and Haralson & Son, all of Fort Payne, for respondent.

PER CURIAM.

Writ denied on authority of Ex parte State ex rel. Knight, 229 Ala. 513, 158 So. 317; Hixon v. Hawkins, ante, p. 279, 158 So. 772.